YM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 81

| In the Matter of | Case Number: |
|---|---|
| OTIS HOLMES and MIGUEL HICKS v. TRIUMPH PACKAGING | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, OTIS HOLMES and MIGUEL HICKS

**JUDGE DOW**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
|---|
| ERNEST T. ROSSIELLO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ ERNEST T. ROSSIELLO |
| FIRM |
| ERNEST T. ROSSIELLO & ASSOCIATES, P.C. |
| STREET ADDRESS |
| 134 N. LaSalle Street, Suite 1330 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02397137 | 312/346-8920 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

**FILED**
**JANUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT