IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS HOLMES and MIGUEL HICKS, | |
| Plaintiffs, | Case No. 08 C 81 |
| v. | |
| TRIUMPH PACKAGING, | |
| Defendant. | |

**DEFENDANT'S MOTION TO EXTEND TIME
TO FILE ANSWER OR RESPONSIVE PLEADING**

Defendant, Triumph Packaging ("Triumph"), by and through it attorneys and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby moves this Court for a thirty (30) day extension of time to file its answer or responsive pleading to the Complaint filed by Otis Holmes and Miguel Hicks ("Plaintiffs"). In support of this Motion, Triumph states as follows:

1. On March 14, 2008, Triumph was served with the Complaint. By their Complaint, Plaintiffs allege that they were discriminated against and discharged from their employment because of their race in violation of 42 U.S.C. § 2000e-2.

2. Pursuant to the Federal Rules of Civil Procedure, Triumph's answer or responsive pleading is currently due to be filed on or before April 3, 2008.

3. On March 20, 2008, Richard A. Saldinger filed his appearance on behalf of Triumph.

4. Triumph takes the allegations contained in the Complaint very seriously and requests additional time to perform a full investigation into Plaintiff's allegations.

{9999 MOT A0202643.DOC}

5.  Moreover, prior to being retained by Triumph, Mr. Saldinger had a vacation scheduled during the week of 3/24/08 and a jury trial scheduled for the weeks of 4/7/08 and 4/14/08.

6.  Accordingly, so as to allow both Triumph and Mr. Saldinger sufficient time to investigate the allegations contained in the Complaint and prepare the appropriate answer or responsive pleading, Triumph seeks a thirty (30) day extension of time from this Court.

7.  If Triumph's Motion is granted by this Court, Triumph's answer or responsive pleading will be due on or before May 5, 2008.

WHEREFORE, Defendant Triumph Packaging respectfully requests that the Court: (1) grant Triumph's Motion; (2) allow Triumph to file its answer or responsive pleading to the Complaint on or before May 5, 2008; and (3) grant Triumph such other and further relief as it deems appropriate.

Dated: March 20, 2008

Respectfully submitted,

**TRIUMPH PACKAGING**

By: /s/ *Richard A. Saldinger*
One of its attorneys

Richard A. Saldinger (#6209930)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois  60610
(312) 541-0151

{9999 MOT A0202643.DOC}