IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OTIS HOLMES and MIGUEL HICKS, | |
| Plaintiffs, | Case No. 08 C 81 |
| v. | |
| TRIUMPH PACKAGING, | |
| Defendant. | |

## NOTICE OF MOTION

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on **March 25, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Robert M. Dow, Jr.,** in the courtroom usually occupied by him as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present the **Defendant's Motion To Extend Time To File Answer Or Responsive Pleading,** a copy of which is attached and herewith served upon you.

Dated:  March 20, 2008                                  Respectfully submitted,

                                                        TRIUMPH PACKAGING

                                                        By: /s/ Richard A. Saldinger
                                                               One of its attorneys

Richard A. Saldinger (#6209930)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois  60610
(312) 541-0151

{9999 MOT A0202643.DOC}

## CERTIFICATE OF SERVICE

Richard A. Saldinger, an attorney, hereby certifies that he caused to be served a true copy of **Defendant's Motion To Extend Time To File Answer Or Responsive Pleading** upon:

Ernest T. Rossiello
Ernest T. Rossiello & Associates, P.C.
134 N. LaSalle St., Suite 1330
Chicago, IL  60602

via CM/ECF and U.S. Mail, this 20th day of March, 2008.

/s/ *Richard A. Saldinger*

{9999 MOT A0202643.DOC}