## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Otis Holmes, et al.
                Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00081
　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

Triumph Packaging
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

    MINUTE entry before Judge Honorable Robert M. Dow, Jr:Defendant's motion to extend time to file answer or responsive pleading to 5/5/08 (DE 11) is granted. Notice of motion date of 3/25/08 is stricken.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.